**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Sheri Bernstein

Appellate case number:   01-14-00821-CV

Trial court case number: 2014-30979

Trial court:             311th District Court of Harris County

        The Motion for Extension of Time to File Response to Relator's Motion for Emergency Relief filed by the Amicus Attorney, Steve A. Bavousett, is **GRANTED**.  The responses of Real Parties in Interest (including Mark Bernstein) are due October 24, 2014.

        It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually     ☐ Acting for the Court

Date: October 9, 2014